# In the United States Court of Federal Claims

|  |  |  |
|---|---|---|
| TIMOTHY L. GADSON, SR., | ) ) ) | |
| Plaintiff, | ) ) | No. 20-1272C |
| v. | ) ) | Filed: February 8, 2021 |
| THE UNITED STATES, | ) ) ) | |
| Defendant. | ) ) | |

### DISMISSAL ORDER

      Plaintiff, *pro se*, Timothy L. Gadson, Sr., commenced this action on September 16, 2020 (ECF No. 1). Plaintiff also filed a motion to proceed in this matter *in forma pauperis* on September 16, 2020 (ECF No. 2).

      On November 10, 2020, the government filed a motion to dismiss pursuant to Rule 12(b)(1) of the Rules of the United States Court of Federal Claims ("RCFC") (ECF No. 8). Plaintiff failed to file a timely response to the government's motion. And so, the Court issued an Order to Show Cause, on December 16, 2020, ordering plaintiff to respond to the government's motion to dismiss by January 8, 2021. Dec. 16, 2020, Order to Show Cause. Plaintiff has failed to respond to the Court's Show Cause Order and the government's motion.

      And so, for the foregoing reasons, the Court:

1. **DISMISSES** this action without prejudice pursuant to RCFC 41(b).

2. **DIRECTS** the Clerk's Office to **ENTER** final judgment **DISMISSING** the complaint, without prejudice;

3.  **DENIES** as moot plaintiff's motion to proceed *in forma pauperis*; and

4.  **DENIES** as moot the government's motion to dismiss.

**IT IS SO ORDERED.**

s/ Lydia Kay Griggsby
LYDIA KAY GRIGGSBY
Judge
